**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carpenters Southwest Administrative Corporation, a California non-profit corporation; and Board of Trustees for the Carpenters Southwest Trust,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JT Builders, Inc., a Nevada corporation, doing business as JT Builders Millwork, Inc.; John Michael Trimmer, also known as John Trimmer, an individual; Corey James Trimmer, an individual; Platte River Insurance Company, a Nebraska company qualified to do business in California and Nevada; and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | CV 13-5946 RSWL (RZx)<br><br>**Second Corrected Judgment** Nunc Pro Tunc to 4/24/2014 |

　　　Having granted Plaintiffs Carpenters Southwest Administrative Corporation, a California corporation

1

and the Board of Trustees for the Carpenters Southwest Trusts' (collectively, "Plaintiffs") Motion for Default Judgment against Defendants JT Builders, Inc., a Nevada corporation, doing business as JT Builders Millwork, Inc., and against John Michael Trimmer, also known as John Trimmer, an individual, judgment is hereby entered against Defendants JT Builders, Inc., a Nevada corporation, doing business as JT Builders Millwork, Inc. and John Michael Trimmer, also known as John Trimmer, an individual and in favor of Plaintiffs as follows:

    As to Plaintiffs' first claim for relief against Defendant JT Builders, Inc., a Nevada corporation, doing business as JT Builders Millwork, Inc. in the amount of $177,690.12 for the following:

1. Unpaid contributions: $84,597.51
2. Liquidated damages: $59,408.62
3. Interest on the unpaid contributions pursuant to 29 U.S.C. § 1132(g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing dates: $57.31
4. Audit Fees: $117.60
5. Interest from due dates to January 21, 2014: $27,025.46
6. Attorneys' fees pursuant to L.R. 55-3: $6,483.62
7. Plus costs to be determined after entry of judgment.

    8.    Pursuant to 28 U.S.C. § 1961(a), this judgment shall bear interest at the rate of 10% per annum.

As to Plaintiffs' fourth claim for relief against Defendant John Michael Trimmer, also known as John Trimmer, an individual in the amount of $159,651.66 for the following:

    1.    Balance on Personal Guarantee: $137,074.15

    2.    Interest on the balance from March 31, 2012 to January 21, 2014 (accruing at $17.31 per day or 7 percent per annum): $16,236.03

    3.    Attorneys' fees pursuant to Local Rule 55-3: $6,341.48

    4.    Plus costs to be determined after entry of judgment.

    5.    Pursuant to 28 U.S.C. § 1961(a), this judgment shall bear interest at the rate of 10% per annum.

**IT IS SO ORDERED.**

DATED: 8/13/2015

    NUNC PRO TUNC TO
    4/24/2014

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

3